B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Chrissandra Jackson            Case No. 11 B 29997
         Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 74.75    on or before August 19, 2011

   $ 74.75    on or before September 20, 2011

   $ 74.75    on or before October 20, 2011

   $ 74.75    on or before November 18, 2011

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
                                                                  (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: July 25, 2011

*Pamela S Hollis*
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    11 B 29997
Case Name:      Chrissandra Jackson

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 25th day of July, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated July 25, 2011

to each of the following named individuals:

**Chrissandra Jackson** (**)

15238 Wabash

South Holland, Illinois

*Debtor*


**Norman B Newman**

Much Shelist Freed Denenberg

191 North Wacker Drive Ste 1800

Chicago, Illinois 60601
*Trustee*


**Patrick S Layng**

Office of the U.S. Trustee, Region 11

219 South Dearborn Street

Room 873

Chicago, Illinois 60604
*U.S. Trustee*

Shenitha Burton
Relief Courtroom Deputy